THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAXENE SUNDSTROM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN REEF MEDIA, LLC; THE PROGRESSIVE CORPORATION; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; MAPLE COVERAGE, LLC; CURBSURE, LLC, and DOES 1-10,<br><br>Defendants. | Case No. 3:26-cv-05036-DGE<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MAPLE COVERAGE, LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1(a)(1), Defendant MAPLE COVERAGE, LLC, by and through its undersigned counsel, hereby discloses as follows: Defendant Maple Coverage, LLC is a wholly owned subsidiary of Ocean Reef Media LLC. Ocean Reef Media LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

/ / /

/ / /



**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

DATED: January 21, 2026

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Marisa L. Berlinger*
Marisa L. Berlinger, WSBA #58991
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: marisa.berlinger@morganlewis.com

*Attorneys for Defendants Maple Coverage, LLC, and CurbSure, LLC*



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401