UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAXENE SUNDSTROM,

                Plaintiff,

    v.

OCEAN REEF MEDIA LLC et al.,

                Defendants.

CASE NO. 3:26-cv-05036-DGE

ORDER GRANTING STIPULATED
MOTION TO RESET DEADLINES
TO FILE JOINT STATUS REPORT
AND DISCOVERY PLAN

Before the Court is the Parties' stipulated motion to reset deadlines to file the joint status report and discovery plan.  (Dkt. No. 46.)  The Parties state that on March 31, 2026, they held a Rule 26(f) conference in which counsel for Defendants Maple Coverage LLC and Curb Sure LLC stated they intended to file a motion to compel arbitration in this matter.  (*Id.* at 1.)  The Parties agreed it would make sense to postpone filing a joint status report and setting a case schedule "until the motion to compel arbitration, as well as the motions to dismiss filed by [Defendants] Progressive and State Farm [(*see* Dkt. Nos. 26, 29)], are ruled upon by this Court."  (Dkt. No. 46 at 1.)  Counsel for Plaintiff, Defendant Maple Coverage, and Defendant Curb Sure

ORDER GRANTING STIPULATED MOTION TO RESET DEADLINES TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN - 1

apparently agreed the issue of whether Plaintiff may conduct "limited discovery on the issue of arbitration" be reserved until Defendants Maple Coverage and Curb Sure have filed their motion to compel arbitration.  (*Id.* at 2.)

The Court is in accord that it will promote efficiency for the Parties and the Court to delay setting a case schedule until after these potentially dispositive motions are decided.  It is therefore ORDERED that:

1.  The deadline to file a joint status report per the order regarding initial scheduling dates (Dkt. No. 8) is STRICKEN.  The Court will impose a new deadline for the joint status report once it rules on both pending motions to dismiss (Dkt. Nos. 26, 29) and the impending motion to compel arbitration.

2.  Maple Coverage and Curb Sure's motion to compel arbitration SHALL be filed no later than April 27, 2026.

3.  The Court takes no position at this time on whether Plaintiff may conduct limited discovery on the issue of arbitration.  Should Plaintiff believe limited discovery is necessary after Maple Coverage and Curb Sure's motion to compel arbitration is filed, Plaintiff shall file an appropriate motion at that time.

4.  Plaintiff's pending motion to strike affirmative defenses (Dkt. No. 32) is STRICKEN without prejudice.  Once the motions to dismiss and the motion to compel arbitration are ruled on by this Court, Plaintiff may re-file the motion to strike if appropriate.

ORDER GRANTING STIPULATED MOTION TO RESET DEADLINES TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN - 2

Dated this 7th day of April 2026.

David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION TO RESET DEADLINES TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN - 3