HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAXENE SUNDSTROM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN REEF MEDIA, LLC, THE PROGRESSIVE CORPORATION, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MAPLE COVERAGE, LLC, CURB SURE LLC, and DOES 1-10,<br><br>Defendants. | NO. 3:26-cv-05036-DGE<br><br>NOTICE OF SETTLEMENT<br><br>**Clerk's Action Required** |

**NOTICE OF SETTLEMENT**

COMES NOW the Plaintiff, Jaxene Sundstrom, by and through her attorney, and apprises this Court that the remaining Defendants, Ocean Reef Media, LLC, Maple Coverage, LLC, and Curb Sure LLC, and the Plaintiff have reached a settlement in this matter. The Parties request that all deadlines be stricken. The Parties will file a stipulated motion and order dismissing this matter within 30 days of the filing of this Notice of Settlement.



NORTHWEST DEBT RESOLUTION
10900 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

DATED June 10, 2026

NORTHWEST DEBT RESOLUTION, LLC

/s/ Peter Schneider

Peter Schneider, WSBA# 43131
Attorney for Plaintiff
Northwest Debt Resolution, LLC
10900 Ne 4th Street, Ste. 2300
Bellevue, WA 98004
peter@nwdebtresolution.com
PH: 206-800-6000
FX: 206-800-6015

# DECLARATION OF SERVICE

I, Peter Schneider, am a resident of the State of Washington, over the age of 18 and competent to make this declaration herein. On the date indicated below, I served the foregoing document to the following recipients in the manner described below:

- ☐ USPS first class mail
- ☒ E-mail
- ☐ Facsimile
- ☒ Other – ECF e-service

Marisa L Berlinger
MORGAN LEWIS & BOCKIUS LLP (WA)
1301 SECOND AVE
STE 3000
SEATTLE, WA 98101
206-274-6400
206-274-6401 (fax)
marisa.berlinger@morganlewis.com

Brian C Frontino
MORGAN LEWIS & BOCKIUS (FL)
600 BRICKELL AVE STE 1600
MIAMI, FL 33131-3075
305-415-3313
305-415-3001 (fax)
brian.frontino@morganlewis.com

Alisa M Taormina
MORGAN LEWIS & BOCKIUS (FL)
600 BRICKELL AVE STE 1600
MIAMI, FL 33131-3075
305-415-3314
305-415-3001 (fax)
alisa.taormina@morganlewis.com

DATED June 10, 2026

/s/ Peter Schneider
Peter Schneider



NWDR
NORTHWEST DEBT RESOLUTION
10900 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015