HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAXENE SUNDSTROM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN REEF MEDIA, LLC, THE PROGRESSIVE CORPORATION, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MAPLE COVERAGE, LLC, CURB SURE LLC, and DOES 1-10,<br><br>Defendants. | NO. 3:26-cv-05036-DGE<br><br>PARTIES' STIPULATED MOTION TO DISMISS<br><br>NOTE FOR MOTION DATE: 8/19/26 |

## **STIPULATED MOTION**

COME NOW the Parties, JAXENE SUNDSTROM, MAPLE COVERAGE, LLC, and CURB SURE, LLC, by and through their counsel, and move this Court for an order dismissing this matter with prejudice and without an award of costs or attorney fees to either party.



NORTHWEST DEBT RESOLUTION
10900 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 971-800-6000
FX: 206-800-6015

DATED August 19, 2026

/s/Peter Schneider
Peter Schneider, WSBA# 43131
NORTHWEST DEBT RESOLUTION LLC
10900 NE 4TH ST STE 2300
BELLEVUE, WA 98004
206-800-6000
206-800-6015 (fax)
peter@nwdebtresolution.com

*Attorney for Plaintiff*

/s/ Brian Frontino
Brian Frontino, *Pro Hac Vice*
MORGAN LEWIS & BOCKIUS (FL)
600 BRICKELL AVE STE 1600
MIAMI, FL 33131-3075
310-907-1000
305-415-3228 (fax)
brian.frontino@morganlewis.com

*Attorney for Defendant Curb Sure LLC and Maple Coverage, LLC*



NORTHWEST DEBT RESOLUTION
10900 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 971-800-6000
FX: 206-800-6015